# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

    **Plaintiff,**

**v.**                                              Case No:   6:17-cv-640-Orl-37KRS

**KSK INVESTMENTS LLC and HJ FLORIDA INC.,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S VERIFIED APPLICATION FOR ATTORNEY'S FEES, COSTS AND LITIGATION EXPENSES (Doc. No. 20)**
>
> **FILED:**      **September 16, 2017**

It appears from the response to the motion that the motion was filed before counsel completed a *good faith* effort to resolve the issues raised.  It is, therefore, **ORDERED** that counsel for the parties shall meet with each other in person on or before November 1, 2017 in an effort to resolve this motion, and shall file on or before November 3, 2017 an agreed notice of the outcome of that meeting.  If counsel cannot agree on a time and place to meet or cannot agree on whether a good faith meeting was actually held, the Court may require them to travel to Orlando for the

meeting in the United States District Court, the costs and fees attendant to which will not be compensated by the opposing party.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE