UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 6:17-cv-00640-RBD-KRS (Dalton/Spaulding)

PATRICIA KENNEDY, INDIVIDUALLY,

    Plaintiff,

-vs-

KSK INVESTMENTS, LLC &
HJ FLORIDA, INC.,

    Defendants.
_____/

    Friday, October 6, 2017
    621 S. Federal Highway, Suite 4
    Ft. Lauderdale, Florida 33301
    12:30 - 1:30 p.m.

  MEETING BETWEEN MR. CULLEN AND MR. LEVINE

Meeting taken before TAMMY ZIVITZ, Registered Professional
Reporter and Notary Public in and for the
State of Florida at Large, in the above cause.

```
 1   APPEARANCES:
 2       On behalf of the Plaintiff:
 3           Philip Michael Cullen, III, Esq.
             PMC, III, CHARTERED
 4           621 S. Federal Highway, Suite 4
             Ft. Lauderdale, FL  33301
 5
 6       On behalf of the Defendants:
 7           Daniel R. Levine, Esq.
             PADULA BENNARDO LEVINE, LLP
 8           101 Plaza Real South, Suite 207
             Boca Raton, FL  33432
 9
10       ALSO PRESENT:  Erica Gonsalves, Esq.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    MR. LEVINE: So we're here pursuant to
2    Court order, to discuss the matter of
3    attorney's fees and costs in connection with
4    the KSK matter.
5         So I guess -- I was going to send you an
6    email when we were conversing this earlier,
7    rather than talk about the total amount, I
8    think it might be productive to see if we can
9    make some headway in terms of your hourly rate.
10        We've obviously taken the position that
11   sort of the prevailing rate in the Middle
12   District is 300 an hour. So I guess to the
13   extent you are -- the first question, I guess,
14   is, whether you're willing to come off the 425
15   hourly rate?
16        MR. CULLEN: I had a couple of things, and
17   you coming early, I wasn't able to get them. I
18   wanted to know what the hourly rate is in the
19   Middle District Court, 610 bucks, and that's
20   Fort Myers. That's an '88 case, the Middle
21   District rate, Fort Myers, and that's a defense
22   attorney.
23        MR. LEVINE: But I guess my question is, I
24   guess: Have you been awarded more than 300, I
25   guess, in the Middle District in any contested

1  fee issue?
2  MR. CULLEN: In contested ones, I couldn't
3  tell you, but I don't really consider that to
4  be relevant.
5  MR. LEVINE: I understand.
6  MR. CULLEN: He's in the Middle District.
7  There's some defense attorney up there that
8  charges 600 bucks an hour.
9  MR. LEVINE: But I'm just interested in
10  you.
11  MR. CULLEN: I can go through this forever
12  and dig out fee affidavits that are more than
13  300 bucks an hour.
14  MR. LEVINE: Right. So, again, I guess
15  what I'm really questioning is, whether you,
16  and it's not, certainly not personal, whether
17  you have ever been awarded what you're seeking,
18  I guess, in any contested fee application in
19  these cases in the Middle District?
20  MR. CULLEN: Not that I can recall, but I
21  don't think that's relevant.
22  MR. LEVINE: I understand. We do.
23  MR. CULLEN: I understand you do, but if
24  you're going to stand here, and basically
25  cross-examine me, this is going nowhere.

1      MR. LEVINE:  I'm not cross-examining you.
2  I'm trying to have a cordial conversation about
3  it.  Trust me, there's nothing personal here,
4  and I'm not looking to cross-examine you.  I'm
5  just looking to comply with the Court's order
6  and try to confer in good faith and see if we
7  can make any headway towards an acceptable
8  resolution so the Court doesn't have to
9  necessarily decide the issue.
10      If we can't, that's fine.  You don't have
11  to do anything I ask.  I don't have to do
12  anything you ask.  We just have to talk about
13  it.
14      So I guess:  Are you willing at all to
15  come off the 425, great?  If not, that's okay.
16      MR. CULLEN:  I will think about anything
17  you want to propose, but I'm not bidding
18  against myself.  I'm not getting dragged into
19  endless bickering.  There is no point to it.
20      MR. LEVINE:  So what I'm suggesting is,
21  that we would be willing to stipulate that 300
22  an hour is a reasonable hourly rate.
23      MR. CULLEN:  I believe I've already
24  commented on that.
25      MR. LEVINE:  Okay.  Okay.  In terms of the

1  paralegal's time, we also indicated in our
2  response that we thought $95 per hour was a
3  more reasonable rate for a paralegal's time in
4  these types of cases in the Middle District.
5  So I guess my next question would be: Whether
6  you're willing to stipulate to that hourly rate
7  for your paralegal?
8      MR. CULLEN: No salami. It's going to be
9  entire -- everything or nothing.
10     MR. LEVINE: Huh?
11     MR. CULLEN: Everything or nothing.
12     MR. LEVINE: I don't know what that means.
13     MR. CULLEN: Real simple. I'm not going
14 to agree with you to cut one thing and end up
15 arguing something else. That's what it is.
16     MR. LEVINE: Well, I don't think it's
17 pointless if we're trying to narrow the issues
18 that the Court has to weigh in on.
19     MR. CULLEN: You're entitled to your
20 opinion of what you think you're doing.
21     MR. LEVINE: Okay. With regard to the
22 reinspection fee, again, going back to, and I
23 realize it's just one case, but it is one case
24 that you and I had together so I would ask that
25 you agree to cut the reinspection costs from

1  1,200 to 300?
2       MR. CULLEN: I'm not going to do that.
3       MR. LEVINE: Okay. Are you willing to cut
4  the 1,200 at all?
5       MR. CULLEN: I told you, I will talk to
6  you about anything you want to talk about, but
7  I'm not going to bid against myself.
8       MR. LEVINE: I'm not asking you to bid
9  against yourself. I just said, we would be
10 willing to take 300.
11      MR. CULLEN: Excuse me. There is no
12 reason to raise your voice.
13      MR. LEVINE: I'm not raising my voice. We
14 have several people here that will attest that
15 I'm not raising my voice.
16      MR. CULLEN: You want to turn on a tape
17 recorder?
18      MR. LEVINE: Go ahead. We can tape record
19 it if you'd like. I'm not looking to hide
20 anything. Feel free.
21      MR. CULLEN: Okay.
22      MR. LEVINE: So are you willing to propose
23 a different amount for the reinspection fee
24 than 1,200, in light of the fact that we'll
25 stipulate that 300 is fair?

1         MR. CULLEN:  A thousand bucks.
2         MR. LEVINE:  Okay.
3         MR. CULLEN:  And that is contingent on an
4    overall settlement.
5         MR. LEVINE:  But my understanding of this
6    conference is that it's not a settlement
7    conference.  I'd be happy to try and resolve
8    it, but it's not necessarily a settlement
9    conference.
10        MR. CULLEN:  You can call it whatever you
11   want, but I thought the whole point of the
12   operation was to resolve this one way or the
13   other.
14        MR. LEVINE:  That would certainly be
15   wonderful --
16        MR. CULLEN:  I'm sorry, go on.
17        MR. LEVINE:  No, that's okay.
18        MR. CULLEN:  I'm not agreeing to anything
19   unless it's a package.
20        MR. LEVINE:  Okay.  So unless -- okay.
21   Well, then, I guess there's nothing else to
22   discuss.  All right.  I would like a copy of
23   that.
24        MR. CULLEN:  Yes, I want a copy if he
25   orders it.

1      (The meeting was concluded
2  at 1:30 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   CERTIFICATE OF OATH
2   THE STATE OF FLORIDA
    COUNTY OF BROWARD
3
4
5       I, the undersigned authority, certify that
6   the aforementioned meeting, I personally appeared
7   at.
8       WITNESS my hand and official seal this 7th
9   day of October 2017.
10
11
    ----------------------------------
12  TAMMY WALKER ZIVITZ
    Notary Public-State of Florida
13  My Commission Expires:  4-16-2019
    My Commission No. FF 183937
14
15
16
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

THE STATE OF FLORIDA
COUNTY OF BROWARD

     I, TAMMY WALKER ZIVITZ, Registered Professional Reporter, State of Florida at Large, do hereby certify that the aforementioned meeting was by me transcribed, and that I was authorized to and did report said meeting in stenotype; and that the foregoing pages, numbered from 1 to 10, inclusive, are a true and correct transcription of my shorthand notes of said meeting.

     I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

     IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of October 2017.

*[signature: Tammy Zivitz]*

------------------------------------
TAMMY WALKER ZIVITZ
Notary Public - State of Florida
My Commission No.: #FF 183937
My Commission Expires: 4-16-2019

| & | 9 | c | cullen 1:15 2:3 3:16 |
|---|---|---|---|
| & 1:7 | 95 6:2 | c 11:1,1 | 4:2,6,11,20,23 5:16 |
| **0** | **a** | call 8:10 | 5:23 6:8,11,13,19 |
| 00640 1:2 | able 3:17 | case 1:2 3:20 6:23 | 7:2,5,11,16,21 8:1 |
| **1** | acceptable 5:7 | 6:23 | 8:3,10,16,18,24 |
| 1 11:8 | action 11:11,12 | cases 4:19 6:4 | cut 6:14,25 7:3 |
| 1,200 7:1,4,24 | affidavits 4:12 | cause 1:19 | cv 1:2 |
| 10 11:8 | aforementioned | certainly 4:16 8:14 | **d** |
| 101 2:8 | 10:6 11:6 | certificate 10:1 | dalton 1:2 |
| 12:30 1:13 | agree 6:14,25 | certify 10:5 11:6,10 | daniel 2:7 |
| 183937 10:13 11:18 | agreeing 8:18 | charges 4:8 | day 10:9 11:13 |
| 1:30 1:13 9:2 | ahead 7:18 | chartered 2:3 | decide 5:9 |
| **2** | amount 3:7 7:23 | come 3:14 5:15 | defendants 1:9 2:6 |
| 2017 1:12 10:9 | appearances 2:1 | coming 3:17 | defense 3:21 4:7 |
| 11:13 | appeared 10:6 | commented 5:24 | different 7:23 |
| 207 2:8 | application 4:18 | commission 10:13 | dig 4:12 |
| **3** | arguing 6:15 | 10:13 11:18,18 | discuss 3:2 8:22 |
| 300 3:12,24 4:13 | asking 7:8 | comply 5:5 | district 1:1,1 3:12 |
| 5:21 7:1,10,25 | attest 7:14 | concluded 9:1 | 3:19,21,25 4:6,19 |
| 33301 1:13 2:4 | attorney 3:22 4:7 | confer 5:6 | 6:4 |
| 33432 2:8 | 11:10,11 | conference 8:6,7,9 | doing 6:20 |
| **4** | attorney's 3:3 | connected 11:11 | dragged 5:18 |
| 4 1:12 2:4 | authority 10:5 | connection 3:3 | **e** |
| 4-16-2019 10:13 | authorized 11:7 | consider 4:3 | e 11:1,1 |
| 11:18 | awarded 3:24 4:17 | contested 3:25 4:2 | earlier 3:6 |
| 425 3:14 5:15 | **b** | 4:18 | early 3:17 |
| **6** | back 6:22 | contingent 8:3 | email 3:6 |
| 6 1:12 | basically 4:24 | conversation 5:2 | employee 11:11 |
| 600 4:8 | behalf 2:2,6 | conversing 3:6 | endless 5:19 |
| 610 3:19 | believe 5:23 | copy 8:22,24 | entire 6:9 |
| 621 1:12 2:4 | bennardo 2:7 | cordial 5:2 | entitled 6:19 |
| 6:17 1:2 | bickering 5:19 | correct 11:8 | erica 2:10 |
| **7** | bid 7:7,8 | costs 3:3 6:25 | esq 2:3,7,10 |
| 7th 10:8 11:13 | bidding 5:17 | counsel 11:10,11 | examine 4:25 5:4 |
| **8** | boca 2:8 | county 10:2 11:3 | examining 5:1 |
| 88 3:20 | broward 10:2 11:3 | couple 3:16 | excuse 7:11 |
| | bucks 3:19 4:8,13 | court 1:1 3:2,19 5:8 | expires 10:13 11:18 |
| | 8:1 | 6:18 | extent 3:13 |
| | | court's 5:5 | |
| | | cross 4:25 5:1,4 | |

**f**

f 11:1
fact 7:24
fair 7:25
faith 5:6
federal 1:12 2:4
fee 4:1,12,18 6:22
  7:23
feel 7:20
fees 3:3
ff 10:13 11:18
financially 11:12
fine 5:10
first 3:13
fl 2:4,8
florida 1:1,7,13,19
  10:2,12 11:3,6,17
foregoing 11:8
forever 4:11
fort 3:20,21
free 7:20
friday 1:12
ft 1:13 2:4
further 11:10

**g**

getting 5:18
go 4:11 7:18 8:16
going 3:5 4:24,25
  6:8,13,22 7:2,7
gonsalves 2:10
good 5:6
great 5:15
guess 3:5,12,13,23
  3:24,25 4:14,18
  5:14 6:5 8:21

**h**

hand 10:8 11:13
happy 8:7
headway 3:9 5:7

hereunto 11:13
hide 7:19
highway 1:12 2:4
hj 1:7
hour 3:12 4:8,13
  5:22 6:2
hourly 3:9,15,18
  5:22 6:6
huh 6:10

**i**

iii 2:3,3
inclusive 11:8
indicated 6:1
individually 1:3
interested 4:9
  11:12
investments 1:7
issue 4:1 5:9
issues 6:17

**k**

kennedy 1:3
know 3:18 6:12
krs 1:2
ksk 1:7 3:4

**l**

large 1:19 11:6
lauderdale 1:13 2:4
levine 1:15 2:7,7
  3:1,23 4:5,9,14,22
  5:1,20,25 6:10,12
  6:16,21 7:3,8,13,18
  7:22 8:2,5,14,17,20
light 7:24
llc 1:7
llp 2:7
looking 5:4,5 7:19

**m**

matter 3:2,4

means 6:12
meeting 1:15,17
  9:1 10:6 11:6,7,9
michael 2:3
middle 1:1 3:11,19
  3:20,25 4:6,19 6:4
myers 3:20,21

**n**

narrow 6:17
necessarily 5:9 8:8
notary 1:18 10:12
  11:17
notes 11:9
numbered 11:8

**o**

oath 10:1
obviously 3:10
october 1:12 10:9
  11:13
official 10:8
okay 5:15,25,25
  6:21 7:3,21 8:2,17
  8:20,20
ones 4:2
operation 8:12
opinion 6:20
order 3:2 5:5
orders 8:25
overall 8:4

**p**

p.m. 1:13 9:2
package 8:19
padula 2:7
pages 11:8
paralegal 6:7
paralegal's 6:1,3
parties 11:10
party 11:11
patricia 1:3

people 7:14
personal 4:16 5:3
personally 10:6
philip 2:3
plaintiff 1:5 2:2
plaza 2:8
pmc 2:3
point 5:19 8:11
pointless 6:17
position 3:10
present 2:10
prevailing 3:11
productive 3:8
professional 1:17
  11:6
propose 5:17 7:22
public 1:18 10:12
  11:17
pursuant 3:1

**q**

question 3:13,23
  6:5
questioning 4:15

**r**

r 2:7 11:1
raise 7:12
raising 7:13,15
rate 3:9,11,15,18
  3:21 5:22 6:3,6
raton 2:8
rbd 1:2
real 2:8 6:13
realize 6:23
really 4:3,15
reason 7:12
reasonable 5:22
  6:3
recall 4:20
record 7:18

Veritext Legal Solutions
800-726-7007                    305-376-8800

| | | |
|---|---|---|
| recorder 7:17<br>regard 6:21<br>registered 1:17 11:5<br>reinspection 6:22 6:25 7:23<br>relative 11:11<br>relevant 4:4,21<br>report 11:7<br>reporter 1:18 11:6<br>resolution 5:8<br>resolve 8:7,12<br>response 6:2<br>right 4:14 8:22 | **t**<br>t 11:1,1<br>take 7:10<br>taken 1:17 3:10<br>talk 3:7 5:12 7:5,6<br>tammy 1:17 10:12 11:5,17<br>tape 7:16,18<br>tell 4:3<br>terms 3:9 5:25<br>thing 6:14<br>things 3:16<br>think 3:8 4:21 5:16 6:16,20<br>thought 6:2 8:11<br>thousand 8:1<br>time 6:1,3<br>told 7:5<br>total 3:7<br>transcribed 11:7<br>transcription 11:8<br>true 11:8<br>trust 5:3<br>try 5:6 8:7<br>trying 5:2 6:17<br>turn 7:16<br>types 6:4 | want 5:17 7:6,16 8:11,24<br>wanted 3:18<br>way 8:12<br>we've 3:10<br>weigh 6:18<br>whereof 11:13<br>willing 3:14 5:14 5:21 6:6 7:3,10,22<br>witness 10:8 11:13<br>wonderful 8:15<br>**z**<br>zivitz 1:17 10:12 11:5,17 |
| **s**<br>s 1:12 2:4<br>salami 6:8<br>seal 10:8<br>see 3:8 5:6<br>seeking 4:17<br>send 3:5<br>set 11:13<br>settlement 8:4,6,8<br>shorthand 11:8<br>signature 10:11 11:16<br>simple 6:13<br>sorry 8:16<br>sort 3:11<br>south 2:8<br>spaulding 1:2<br>stand 4:24<br>state 1:19 10:2,12 11:3,6,17<br>states 1:1<br>stenotype 11:7<br>stipulate 5:21 6:6 7:25<br>suggesting 5:20<br>suite 1:12 2:4,8 | **u**<br>undersigned 10:5<br>understand 4:5,22 4:23<br>understanding 8:5<br>united 1:1<br>**v**<br>voice 7:12,13,15<br>vs 1:6<br>**w**<br>walker 10:12 11:5 11:17 | |