UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.

    Case No: 6:17-cv-640-RBD-KRS

KSK INVESTMENTS, LLC., & HJ FLORIDA, INC.,

    Defendant,

_____/

**PLAINTIFF'S' RESPONSE PURSUANT TO COURT ORDER**

Plaintiff, Patricia Kennedy, by and through her undersigned counsel, and pursuant to this Court's order on October 4, 2017 [D.E. 22]. Submits the following report. The Plaintiff submitted the language below for review by the Defendant's counsel. To date there has been no response.

1. This is an action for injunctive relief and attorneys' fees and costs pursuant to 42 U.S.C. §12181, *et seq*. ("Americans With Disabilities Act" or "ADA"). On August 30, 2017, this Court granted the parties' Motion for Entry of Consent Decree [D.E.17]. That order required the Defendant to bring the property into compliance with the ADA and reserved jurisdiction to enforce compliance and to determine the amount of attorney's fees and costs to which the Plaintiff was entitled.

2. The Defendant's response, to which the Plaintiff was not entitled to reply, essentially claimed that no "substantive" discussions of the fees issue took place and, in addition, the Plaintiff requested the Defendant put its proposal in writing to which the Defendant agreed.

The Plaintiff then re-filed her fees motion. The Defendant has never put a complete proposal in writing. With that, the Court ordered counsel for the Parties to meet and discuss the issue and, thereafter, file a joint report [D.E. 22].

3. The meeting duly took place on October 6, 2017. Thereafter, the Defendants took it upon themselves to file a transcript of that meeting with the Court [D.E. 23].

4. Subsequently, the Plaintiff drafted and forwarded to Defendant's counsel several draft reports. The last read:

> THE PARTIES, by and through their respective counsel, and pursuant to this Court's order of October 4, 2017 [D.E. 22], hereby report to the Court that a meeting was held on October 6, 2017. Nothing was resolved.

5. The Defendant's counsel neither attached his signature block nor otherwise responded.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 4, 2017.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
**Thomas B. Bacon, P.A.**
Attorney for Plaintiffs:
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
cullen@thomasbaconlaw.com