UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.                                                  Case No. 6:17-cv-640-Orl-37KRS

KSK INVESTMENTS LLC; and HJ
FLORIDA INC.,

    Defendants.

## ORDER

On April 10, 2017, Plaintiff initiated this action against Defendants under the Americans With Disabilities Act ("**ADA**"). (Doc. 1.) Thereafter, the parties stipulated to the entry of a consent decree, and the Court gave counsel leave to seek an award of attorney fees, expenses, and costs. (*See* Doc. 17.) On September 16, 2017, Plaintiff filed an Amended Motion for Attorney Fees (Doc. 20 ("**Fees Motion**")) to which Defendants responded (Doc. 21). The matter was then referred to U.S. Magistrate Judge Karla R. Spaulding. (Doc. 28 ("**R&R**").)

In her Fees Motion, Plaintiff seeks reimbursement of: (1) attorney fees in the amount of $8,022; (2) paralegal fees in the amount of $138; (3) costs and litigation expenses totaling $460; (4) expert expenses totaling $1,200; and (5) a re-inspection fee of $1,000. (Doc. 20, p. 11.) In their response, Defendants contend that the expenses, costs, attorney fees and hourly rates are excessive. (Doc. 21, p. 8.)

In her R&R, Magistrate Judge Spaulding recommends that the Court grant the Fees

Motion in part. (Doc. 28, p. 10.) She concludes that Plaintiff is entitled to: (1) an award of attorney fees totaling $4,467.50, based on an hourly rate for attorney work of $300 and $95 for paralegal work; and (2) taxable costs in the amount of $430. (*Id.* at 7–8.) Magistrate Judge Spaulding also finds that Plaintiff is not entitled to expert witness fees or a re-inspection fee, as her counsel conceded that no re-inspection has occurred. (*Id.* at 8–10.)

The parties did not object to the R&R, and the time for doing has now passed. Hence the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 28) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Plaintiff's Verified Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses and Memorandum of Law (Doc. 20) is **GRANTED IN PART** to the extent identified in the R&R.

3. The Court awards Plaintiff $4,467.50 in attorney fees and $430.00 in taxable costs, for a total award of **$4,897.50**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 12, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record